[No. 47039-6-I. Division One. September 17, 2001.]

BENJAMIN SCAPA, *Appellant*, v. PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 98-2-22123-2, Suzanne M. Barnett, J., entered March 6, and April 3 and 6, and June 27, 2000. *Reversed* by unpublished opinion per Agid, C.J., concurred in by Baker and Appelwick, JJ.

[No. 47096-5-I. Division One. September 17, 2001.]

ROBERT RUX, ET AL., *Appellants*, v. THE CITY OF BOTHELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-08609-1, Sharon S. Armstrong, J., entered July 10, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Becker, J.

[No. 47502-9-I. Division One. September 17, 2001.]

*In the Matter of the Sentence of* MICHAEL MCWRIGHT.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.

[Nos. 47504-5-I; 47388-3-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW SANDERS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. NYLE QUINN ADAMSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-1-00540-3, Nicole MacInnes, J., entered October 9, 2000. *Affirmed* by unpublished per curiam opinion.